UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | Crim. No. 09-00064-001 (JLL) |
| ) | |
| v. ) | |
| ) | |
| ANTHONY NATALE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** having come before the Court on the application of defendant Anthony Natale (by Frank P. Arleo, Esq., Arleo, Donohue & Biancamano, L.L.C.), for extension of his surrender date to May 15, 2010; and the United States (by Justin Arnold, Assistant United States Attorney) consenting to the entry of the Order; and for good cause shown;

**IT IS** on this _8th_ day of _March_, 2010;

**ORDERED** that defendant Anthony Natale shall voluntarily surrender to the Federal Correctional Institution located at 110 Raby Avenue, Pensicola, FL 32509 on or before NOON on Saturday May 15, 2010.

_____
Honorable Jose L. Linares, U.S.D.J.