UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 09-064 |
| ANTHONY NATALE | : | ORDER TO ADJOURN SELF-SURRENDER DATE |

THIS MATTER having come before the Court upon the application of the United States (Justin W. Arnold, Assistant United States Attorney, appearing) and defendant Anthony Natale (Frank Arleo, Esq., appearing) for an Order adjourning defendant Natale's self-surrender date until September 15, 2010, and the Court having reviewed the United States' letter dated May 6, 2010;

IT IS on this __6th__ day of May 2010, hereby

ORDERED that the self-surrender date of defendant Anthony Natale be ADJOURNED until September 15, 2010, and defendant Anthony Natale is to surrender at the designated BOP facility on that date.

_____
JOSE L. LINARES
UNITED STATES DISTRICT JUDGE