PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Anthony Natale   Cr.: 2:09CR00064-001
PACTS #: 53915

Name of Sentencing Judicial Officer:   Honorable Jose L. Linares
United States District Court Judge

Date of Original Sentence: December 21, 2010

Original Offense: Conspiracy to Commit Wire Fraud

Original Sentence: Imprisonment - 18 months; Supervised Release - 3 years; Special Assessment - $100; Restitution - $9,501,103.89

Type of Supervision: Supervised Release   Date Supervision Commenced: May 11, 2012

## STATUS REPORT

U.S. Probation Officer Action:

On December 21, 2010, the offender was sentenced by Your Honor to 18 months imprisonment and 3 years supervised release. The following special conditions were imposed: Financial disclosure, no new debt, and DNA testing. He was also ordered to pay a $100 special assessment and $9,501,103.89 joint and several restitution.

Mr. Natale currently resides in Neshanic Station, New Jersey. He has been employed with Subaru 46 since May of 2012. We believe that Mr. Natale has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $7,350.00 towards his restitution obligation ($32,981.26 has been paid in total by all defendants). It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Natale's term of supervision to expire as scheduled on May 10, 2015.

Respectfully submitted,

*PO. Kerrigan*

Barbara R. Kerrigan
Supervising U.S. Probation Officer
May 1, 2015

PROB 12A - Page 2
Anthony Natale

## The Court Orders:

[✓] Concur with the Recommendation of the U.S. Probation Office. Case to expire on May 10, 2015.
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

5/4/15
_____
Date